UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TYKESIA ANDERSON,
on behalf of R.L.B., a minor child                                        PLAINTIFF

V.                          No. 2:20-CV-133-JTR

COMMISSIONER of
SOCIAL SECURITY ADMINISTRATION                               DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 7th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE